IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARJUN GOUD KATA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　　　Defendant. | 8:25CV179<br><br>ORDER OF DISMISSAL |

　　　　This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 5).  The Court, being advised in the premises, finds that such an Order is proper.

　　　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed without prejudice.

　　　　Dated this 28th day of April, 2025.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge